In the Matter of the Application of CENTRAL HANOVER BANK AND TRUST COMPANY (Formerly CENTRAL UNION TRUST COMPANY OF NEW YORK), Petitioner, Respondent, against VIRGINIA MOMAND and Others, Infant Remaindermen of the Trust Created by VIRGINIA TEN EYCK MOMAND, Respondents, Appellants.

THOMAS I. SHERIDAN, Special Guardian.— Interlocutory judgment affirmed, with costs to all parties appearing by separate attorneys and filing separate briefs, payable out of the estate. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.; Glennon, J., dissents and votes to reverse.